IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT CURTIS,

        Plaintiff,

  v.

STEVE SHAPIRO, et al.,

        Defendants

                                  /

No. C-05-3883 MMC

**ORDER DENYING PLAINTIFF'S SECOND PETITION FOR REHEARING**

     By order filed December 7, 2009, the Court denied plaintiff's "Petition for Rehearing for Breach of a Federal Contract" ("Petition"), filed November 19, 2009, by which filing plaintiff sought reconsideration of the judgment entered herein on October 26, 2005.  Now before the Court is plaintiff's "Petition for Rehearing for Breach of a Federal Contract" ("Second Petition"), filed December 18, 2009, by which filing plaintiff seeks reconsideration of the denial of his previous request for reconsideration of the judgment.

     Although the Federal Rules of Civil Procedure allow a party to seek relief from a judgment, see Fed. R. Civ. P. 60(b), the Federal Rules do not allow a party to seek reconsideration of an order denying a request for reconsideration of a judgment.  Moreover, the Second Petition fails to identify any cognizable ground for reconsidering the judgment entered in 2005 or for reconsidering the order filed December 7, 2009.

     Accordingly, the Second Petition is hereby DENIED.

     **IT IS SO ORDERED.**

Dated:  December 22, 2009

                                              MAXINE M. CHESNEY
                                              United States District Judge